**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2478**

EDNA MARY LARSON,

    Plaintiff - Appellant,

  v.

NATIONSTAR MORTGAGE, LLC, d/b/a Champion Mortgage Company of Texas; DIANE S. ROSENBERG; ROSENBERG & ASSOCIATES, LLC,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:18-cv-00780-PX)

Submitted: April 26, 2019       Decided: June 6, 2019

Before KEENAN, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edna Mary Larson, Appellant Pro Se. Melissa O. Martinez, MCGUIREWOODS, LLP, Baltimore, Maryland; Sara Nicholson Tussey, ROSENBERG & ASSOCIATES, LLC, Vienna, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edna Mary Larson appeals the district court's order granting Defendants' motions to dismiss Larson's several civil claims against Defendants. We have reviewed the record and have considered Larson's arguments and discern no reversible error. Accordingly, we affirm the district court's order. *See Larson v. Nationstar Mortg., LLC*, No. 8:18-cv-00780-PX (D. Md. Nov. 13, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*